UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-CR-282 (3) (PJS)

_____

UNITED STATES OF AMERICA,

           PLAINTIFF,

v.                                   MOTION FOR CONTINUANCE
TO FILE OBJECTIONS TO
PRESENTENCE REPORT

LEROY LEMONTE PERRY WILLIAMS,

           DEFENDANT.

_____

    Leroy Lamont Perry Williams, by and through his attorney, Matthew J. Mankey, hereby moves the Court for an extension of time to file objections to the preliminary PSR. Mr. Williams was released to Minnesota Adult and Teen Challenge on February 10, 2021. After several months in that program Mr. Williams left the program. The undersigned had no knowledge of Mr. Williams whereabouts and did not speak with him until Mr. Williams was arrested in the State of Indiana. Communication with Mr. Williams has been sporadic. The undersigned was informed by Mr. Williams that he has significant questions and issues regarding the preliminary PSR but due to his circumstances, here has been no meaningful opportunity to meet and discuss the preliminary PSR.

    Presumably Mr. Williams will be extradited from Indiana in the near future at which time a meeting with him can be arranged at a facility in Minnesota. For that reason an extension of time to file objections is necessary. The length of time requested

is not known at this time as it is not clear when Mr. Williams will be brought to Minnesota.

Dated: October 27, 2022                                  Respectfully submitted,

                                                         /s/ Matthew J. Mankey
                                                         Attorney for Defendant
                                                         Attorney ID #230303
                                                         5500 Wayzata Blvd, Suite 1025
                                                         Golden Valley, MN
                                                         (763) 560-4388
                                                         matthewmankey@comcast.net